**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ADVANCED AERODYNAMICS, LLC,** | § | |
| *Plaintiff* | § | |
| | § | **W-21-CV-00002-ADA** |
| **-vs-** | § | |
| | § | |
| **SPIN MASTER, LTD.,** | § | |
| *Defendant* | § | |

**ORDER ADOPTING SPECIAL MASTER'S**
**REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of Special Master Darryl J. Adams. ECF No. 85. The Report and Recommendation was filed on March 15, 2022. The report provided recommended claim constructions.

As indicated in the Order Appointing Special Master, a party may file specific, written objections to the proposed findings and recommendations of the special master within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. ECF No. 51; *see also* Fed. R. Civ. P. 53(f)(2-3); Fed. R. Civ. P. 72(b) (using similar language regarding review of objections to a magistrate judge's report and recommendation).

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Special Master Darryl J. Adams (ECF No. 85) is **ADOPTED**. The Court enters the recommended constructions as noted below for the reasons stated in the Report and Recommendation:

| Term | Recommended Construction |
|---|---|
| self-righting | "righting to an upright orientation regardless of an initial orientation" |
| apex | Plain and ordinary meaning. |
| instability | Plain and ordinary meaning. |
| inverted | Plain and ordinary meaning. |
| upright | Plain and ordinary meaning. |
| protrusion | Plain and ordinary meaning. |
| off-kilter | "not resting in a desired state or in a proper orientation" |
| in registration | "in alignment" |
| located generally centered | Plain and ordinary meaning. |
| when the structural frame contacts the generally horizontal surface at any angle other than the generally upright angle | Plain and ordinary meaning. |

SIGNED this 6th day of April, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE